UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BROOKLYN JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC. & MOLINA HEALTHCARE OF NEW MEXICO, INC.,<br><br>   Defendants. | Civil Action No. 1:20-CV-00365-JFR-KRS |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME

Upon consideration of the Unopposed Motion to Extend Time to Answer filed by Defendants Molina Healthcare, Inc. and Molina Healthcare of New Mexico, Inc. ("Defendants"), and the relief herein being consented to by Plaintiff Brooklyn Johnson, the Court hereby **ORD** as follows:

1. Defendants' motion is **GRANTED**.

2. The deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is hereby extended through and including **May 28, 2020**.

*/s/ Kevin Sweazea*
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**