IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BROOKLYN JOHNSON, *Individually and
on Behalf of all Others Similarly Situated*,

      Plaintiffs,

v.                                    No. 1:20-cv-365 MLG/KRS

MOLINA HEALTHCARE, INC., and
MOLINA HEALTHCARE OF NEW MEXICO, INC.,

      Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Following referral of the parties' Joint Motion to Approve Settlement Agreement ("Motion"), Doc. 73, to Magistrate Judge Kevin R. Sweazea for his consideration and recommended resolution, Judge Sweazea issued his Proposed Findings and Recommended Disposition ("PFRD") on November 16, 2023. Doc. 77. In the PFRD, Judge Sweazea recommends the Court grant the Motion. *Id.* at 3. Neither party has filed objections to the PFRD and the time for doing so has passed. Accordingly, after carefully reviewing the PFRD, the Court will adopt the findings and recommendations memorialized therein.

It is thereby ordered that PFRD is adopted, Doc. 77, and the parties' Motion is granted. Doc. 73.

It is further ordered that closing documents be filed within thirty (30) days of entry of this Order.

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA