IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BROOKLYN JOHNSON, *Individually and*
*on Behalf of all Others Similarly Situated*,

      Plaintiffs,

v.   No. 1:20-cv-365 MLG/KRS

MOLINA HEALTHCARE, INC., and
MOLINA HEALTHCARE OF NEW MEXICO, INC.,

      Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

      THIS MATTER is before the Court upon review of the record. On December 21, 2023, the presiding judge entered an Order granting the parties' Joint Motion to Approve Settlement Agreement, and ordered that closing documents be filed within thirty (30) days. (Doc. 78). Thirty days have passed and the parties have not filed closing documents. The Court therefore orders the parties to either file closing documents or move for an extension to do so **by February 16, 2024**.

      IT IS SO ORDERED.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE