# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

_____

BROOKLYN JOHNSON, *individually and*
*on behalf of all others similarly situated*,

      Plaintiff,

v.   No. 1:20-cv-365 MLG/KRS

MOLINA HEALTHCARE, INC., and
MOLINA HEALTHCARE OF NEW MEXICO, INC.,

      Defendants.

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

    It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA